IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WAYNE E. COLEMAN | * | |
| Plaintiff | * | |
| v. | * | Case No: |
| CALVERT COUNTY, et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

Calvert County Sheriff Department, Supervising Officer Phelps, Officer Gott, Officer Cress, and Sheriff Mike Evans, some of the Defendants, by KARPINSKI, COLARESI & KARP and DANIEL KARP, their attorneys, remove this action from the Circuit Court for Calvert County to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. Sections, 1331, 1441, 1446, and Local Rule 103.5, as follows:

1. Plaintiff's *pro se* Complaint in this matter was filed in the Circuit Court for Calvert County on February 18, 2015. A copy of the Complaint and the docket entries are attached hereto.

2. The Complaint appears to be based solely on Federal law and asserts the following: Violation of Civil Rights Pursuant to Title 42 U.S.C. Section 1983 (General Allegations) (Count I); Violation of Civil Rights Pursuant to Title 42 U.S.C. Section 1983 (Failure to Implement Appropriate Policies, Customs, and Practices) Count II); Violation of Civil Rights Pursuant to Title 42 U.S.C. Section 1983 (Use of Excessive Force) (Count III); Violation of Civil Rights Pursuant to Title 42 U.S.C. Section 1983 (False Arrest) (Count IV); Violation of Civil Rights Pursuant to Title 42 U.S.C. Section 1983 (Deprivation of Property Without Due Process of Law) (Count V); Violation

of 42 U.S.C. Section 1985(3) (Conspiracy) (Count VI); and Violation of 18 U.S.C. Section 241 (Conspiracy Against Rights) Count VII).

3. Because all counts of the Complaint appear to allege causes of action against Defendants under a federal statute and/or the Federal Constitution, this Court has original jurisdiction over all of the claims asserted. 28 U.S.C. Section 1331.

4. Defendants "Calvert County Sheriff Department," Supervising Officer Phelps, Officer Gott, Officer Cress and Sheriff Mike Evans were all served with a summons and a copy of the Complaint on February 26, 2015. A copy of each of the referenced summons, as well as a copy of Mr. Coleman's letter of March 11, 2015 to the Honorable Marjorie L. Claggett and an Affidavit of Service dated March 3, 2015, are also attached hereto.

5. The Defendants who have been served are effecting removal of this action by filing this Notice of Removal within thirty days of their receipt, through service or otherwise, of a copy of the Complaint and their respective summonses. All of the named Defendants join in this Notice of Removal.

6. As far as can be ascertained, Calvert County, while named as a Defendant in the Complaint, has not been served. The County Attorney advises, through channels, that he does not have and has not seen a summons directed to Calvert County. The docket from the Circuit Court for Calvert County appears to reflect returns (not yet in defense counsel's possession) for five of the six named Defendants. Therefore, it appears that Calvert County has not yet been served and is therefore not an active Defendant in this case. However, if and when it is served, it will also join in this Notice of Removal.

7. Concurrent with the filing of this Notice of Removal, Defendants have provided written

notice of removal to Plaintiff and the Circuit Court for Calvert County, alerting the State Court that it shall proceed no further until and unless the case is remanded. A copy of Defendants' letter to this effect to the Circuit Court for Calvert County is attached hereto.

WHEREFORE, the removing Defendants notify the Courts and parties that this action has been removed to the United States District Court for the District of Maryland, and that no further proceedings may be had in the Circuit Court for Calvert County.

KARPINSKI, COLARESI & KARP

BY: _____
DANIEL KARP, #00877
brunokarp@bkcklaw.com

_____
E. I. CORNBROOKS, VI, #2296
scornbrooks@bkcklaw.com
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
Attorney for Calvert County Sheriff Department Defendants

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2015, a copy of the foregoing Notice of Removal was sent via first class mail, postage prepaid to:

Wayne E. Coleman
6974 Kim Lane
Friendship, Maryland 20758

_____
Of Counsel for Calvert County Sheriff Department Defendants

3