March 11, 2015

6974 Kim Ln.
Friendship, Md 20758

Hon. Marjorie L. Clagett
County Administrative Judge
Calvert County Courthouse
175 Main Street
Prince Frederick, Md. 20678

Re: Writ of Summons and Civil complaint \ Case No. 04-C-15-000156

Dear Judge Clagett,

My name is Wayne Coleman and even though the above summons was delivered on 2/26/15, I have yet to receive a trial date. Following the official Maryland US courts.gov publication for filing a civil action on your own behalf, service took place at 1:03pm. Somehow, the following week I received a call from the Civil Process Unit of the agency that was served, who had somehow commandeered these papers and was asking for $200 for them to be turned over to the defendants. Was told that the Civil Process Unit was not part of any Maryland Governmental agency and after checking with her superior said she would not honor the publication's terms. After asking how she came by these papers, she informed me they could hold them for 60 days after which the papers would return to the circuit court clerk, unless I paid. An Affidavit of Service was filed on March 3rd. Your attention to this matter *and* the following of this case would please me to no end.

Respectfully,

Wayne Coleman
301-855-4567

Cc: Sheila R. Tillerson Adams
    Christopher Mason
    Eric H. Holder, Jr.